UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAYADA BASSIM MOHAMMAD JALAL AWWAD,

                Plaintiff,

       -v-

UR M. JADDOU et al.,

               Defendants.
------------------------------------------------------------------X

23-CV-6157 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      In light of the pending motion, the initial pretrial conference scheduled for February 29, 2024 is hereby ADJOURNED *sine die*.

      SO ORDERED.

Dated: February 20, 2024
       New York, New York

                                                      JESSE M. FURMAN
                                             United States District Judge